Ed Simpson, Appellant, v. Whittaker Farmers Grain Company, et al., Appellees.

Gen. No. 9,440.

opinion filed October 11, 1939. V. A. Parish, for appellant; DeSelm & Schneider, for appellees. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''